HAGGART, Appellant, v. MYERS, Respondent. LEHMAN v. HAGGART. (Supreme Court, Appellate Division, Third Department. May 9, 1899.) Actions by Gilbert W. Haggart

against George E. Myers, and by A. B. Lehman against Gilbert W. Haggart.

PER CURIAM. Order modified by providing that the respondent has no right to set off against the costs in the judgment in Haggart v. Myers, being the sum of $2.40, advanced by the attorney, and as so modified affirmed, with $10 costs and disbursements to the respondent.